# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 07-00047-008 |
| ) | |
| LADAWN JAMARCUS BURKS, ) | |
| USM No: 09731-003, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court on the United States' Motion to Modify Crack Cocaine Sentence Reduction (Doc. 583).

Upon due consideration of the grounds presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion. Therefore, this court's order issued on December 21, 2011 (Doc. 576) is **AMENDED**, and the defendant's previously imposed sentence of imprisonment of 87 months is reduced to 70 months instead of time served.

**DONE and ORDERED** this 4th day of January, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE